UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KRISTINA SAVTCHOUK,

Case No. 1:22-cv-000659-ENV-JRC

Plaintiff,

-against-

CHERSTEV EAST THIRD LLC,
CHERYL BORKOWSKI,
HERTZ, CHERSON & ROSENTHAL, P.C.,
And SMITH, CARROAD, LEVY, WAN & PARIKH, P.C.
-----------------------------------------------------------X

## AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Plaintiff, KRISTINA SAVTCHOUK, hereby voluntarily dismisses this action against Defendants CHERSTEV EAST THIRD LLC, CHERYL BORKOWSKI, HERTZ, CHERSON & ROSENTHAL, P.C., and SMITH, CARROAD, LEVY, WAN & PARIKH, P.C. with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. Rule 41(a)(2). Said Parties request that the Court retain jurisdiction to enforce the terms of the settlement between said parties. An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

**SO ORDERED** this _____ day of _____, 2022.

_____
Hon. James R. Cho

**AGREED:**

**KRISTINA SAVTCHOUK**

By: _Ahmad Keshavarz_ (digitally signed)
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
*Attorneys for Plaintiff*
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Email: emma@NewYorkConsumerAttorney.com

**CHERSTEV EAST THIRD LLC**
**CHERYL BORKOWSKI**

By: _Frank Scanga, Esq._
Frank Scanga
Law Office of Frank A. Scanga
*Attorneys for Cherstev East Third LLC and Cheryl Borkowski*
445 Park Avenue, 9th Floor
New York, NY 10022
Email: frank@scangalaw.com

**AGREED:**
**HERTZ, CHERSON & ROSENTHAL, P.C.**

By: _[signature]_
Noah Nunberg, Esq.
L'Abbate, Balkan, Colavita & Contini, L.L.P.
*Attorneys for Hertz, Cherson & Rosenthal, P.C.*
3 Huntington Quadrangle, Suite 102 S
Melville, NY 11747
Email: nnunberg@lbcclaw.com

**AGREED:**
**SMITH, CARROAD, LEVY, WAN & PARIKH, P.C.**

By: _[signature]_
Asher Kest, Esq.
Furman Kornfeld & Brennan LLP
*Attorneys for Smith, Carroad, Levy, Wan & Parikh, P.C.*
61 Broadway, 26th Floor
New York, NY 10006
Email: akest@fkblaw.com